**Order entered November 30, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00946-CV

## IN RE CHRISTOPHER BEACHUM, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55206-W**

## ORDER

Before Justices Myers, Molberg, and Evans

Based on the Court's opinion of this date, we **DISMISS** relator's October

29, 2020 petition for writ of mandamus. We **DENY AS MOOT** all motions.


/s/     DAVID EVANS
        JUSTICE